```
                    FILED _____ LODGED
                    _____ RECEIVED

                    NOV 23 2005

                    CLERK U.S. DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON AT TACOMA
              BY                              DEPUTY
```

04-CV-05393-ORD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| AMY PERRY O/B/O STANLEY JUSTICE (DECEASED), | Case No. C04-5393RBL |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| JO ANNE B. BARNHART, Commissioner of the Social Security Administration, | |
| Defendant. | |

This matter is before the Court on the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge. [Dkt. #19] The Court has reviewed the Report and the underlying record, as well as the pleadings filed by the parties after the Report was issued. The Court does hereby ORDER:

(1) The Court ADOPTS the Report and Recommendation;

(2) The administrative decision is REMANDED; and

(3) The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge J. Kelley Arnold.

DATED this 22d day of November, 2005.

RONALD B. LEIGHTON
United States District Judge

ORDER
Page - 1