# United States District Court

WESTERN DISTRICT OF WASHINGTON

AMY PERRY o/b/o
STANLEY JUSTICE (deceased)

        v.

MICHAEL ASTRUE,
Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C04-5393RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's attorney Elie Halpern is awarded a gross attorney's fee of $19,623.00 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fee of $6,946.45 and Administrative fee of $4,000.00 that previously were awarded, leaving a net § 406(b) fee of $8,676.55. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of $8,676.55, minus any application processing fees as allowed by statute.

| | |
|---|---|
| November 27, 2007 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/Caroline M. Gonzalez* |
| | Deputy Clerk |